■ Town of Lee, Respondent, v Local 1088G AFSCME Council 66, AFL-CIO, Appellant. — Order unanimously reversed, with costs, and motion denied. Memorandum: Whether there has been compliance with steps one and two of the grievance procedure contained in the parties' collective bargaining agreement is a question properly to be determined by the arbitrator. "Issues concerning compliance with contractual step-by-step grievance procedures must be resolved by the arbitrator, not the courts" (*Matter of Dobbs Ferry Union Free School Dist. [Dobbs Ferry United Teachers]*, 74 AD2d 924, affd 53 NY2d 1040; see, also, *Matter of County of Rockland [Primiano Constr. Co.]*, 51 NY2d 1). (Appeal from order of Supreme Court, Oneida County, Murphy, J. — arbitration.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.

■ The People of the State of New York, Appellant, v Patricia Sanford, Respondent. — Order unanimously affirmed for reasons stated in memorandum decision at Onondaga County Court, Burke, J. (Appeal from order of Onondaga County Court, Burke, J. — dismiss indictment.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Moule, JJ.